Motions for Rehearing and En
banc Reconsideration Denied as Moot.  Motion to Dismiss Granted.  Petition for
Writ of Prohibition Dismissed and Memorandum Opinion filed February 10, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01023-CV

____________

 

IN RE SALOMON JUAN HERNANDEZ, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF PROHIBITION

 

 

 



SUBSTITUTE 
MEMORANDUM  OPINION

            The memorandum opinion of November 4, 2010 is withdrawn and
this opinion is substituted in its place.  

On October 21, 2010, relator, Salomon Juan Hernandez, filed a
petition for writ of prohibition in this court.  See Tex. Gov’t Code Ann
§22.221; see also Tex. R. App. P. 52.1.  On November 4, 2010, this court
issued an opinion dismissing relator’s petition for want of jurisdiction.  On
November 8, 2010, relator filed a motion for rehearing and motion for en banc
reconsideration.  On February 2, 2011, relator filed a motion to dismiss the
petition for writ of prohibition because the underlying case has been settled. 


Relator’s motions for rehearing and en banc reconsideration
are denied as moot.  

            Relator’s motion to dismiss is granted.

            Accordingly, the petition for writ of prohibition is ordered
dismissed.

 

                                                            PER
CURIAM

 

Panel
consists of Justices Anderson, Frost, and Brown.